COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC

Appellate case number:    01-19-00049-CV

Trial court case number:   2018-66742

Trial court:             269th District Court of Harris County

Appellees, David Alleman and Alleman Consulting, LLC (collectively "Alleman"), have filed a motion "to abate this appeal pending a trial court determination as to whether this case has been rendered moot by a binding compromise settlement agreement." We **grant** the motion and **abate the appeal**. *See Mantas v. Fifth Court of Appeals*, 925 S.W.2d 656, 658–59 (Tex. 1996) (orig. proceeding) (explaining if settlement dispute arises while underlying action is on appeal party seeking enforcement must file separate breach of contract action and appeal should be abated); *see Tony's Barbeque & Steakhouse, Inc. v. Three Points Invs., Inc.*, 527 S.W.3d 686, 689 (Tex. App.—Houston [14th Dist.] 2017, no pet.) ("If the settlement dispute does not arise until the cause is on appeal, then claims for the breach or enforcement of the settlement agreement must be filed as a separate cause and the appeal abated pending resolution of the settlement-agreement dispute.").

No later than **September 30, 2019**, Alleman shall file a report advising the Court of the status of any trial court proceedings. If Alleman does not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss _____
                        ☑ Acting individually   ☐ Acting for the Court

Date:   July 9, 2019